**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
   chris@bendaulaw.com
*Attorneys for Plaintiffs*

**DESSAULES LAW GROUP**
Jonathan A. Dessaules (AZ Bar No. 019439)
Michael R. Perry (AZ Bar No. 007478)
Douglas M. Imperi, Jr., (AZ Bar No. 034708)
5353 N. 16th Street, Suite 110
Phoenix, AZ 85016
Telephone: (602) 274-5400
Fax: (602) 274-5301
E-mail: jdessaules@dessauleslaw.com
   mperry@dessauleslaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Sergio Lopez** and **Javier Garcia**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PT Noodles Holdings, Inc.**, et al.,<br><br>Defendants. | No. 2:19-cv-00493-JJT<br><br>**JOINT MOTION FOR SETTLEMENT CONFERENCE** |

The Parties jointly request a referral to a Magistrate Judge for a settlement conference to take place on or before April 2, 2021. Pursuant to the Court's January 12, 2021 Order (Doc. 48), the Court has required the Parties to engage in good faith settlement discussions on or before April 2, 2021. The opt-in period will be substantially

-1-

completed by that time, and the Parties believe that the assistance of a Magistrate Judge could be helpful in achieving settlement. As such, the Parties respectfully request a referral to a Magistrate Judge for a settlement conference.

RESPECTFULLY SUBMITTED this 10th Day of February, 2021.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiffs

DESSAULES LAW GROUP

/s/ *Jonathan A. Dessaules*
Jonathan A. Dessaules
Michael R. Perry
Douglas M. Imperi, Jr.
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th Day of February, 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*