# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Lopez, *et al.*, | No. CV-20-00493-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| PT Noodles Holdings Incorporated, *et al.*, | |
| Defendants. | |

Having considered the parties Joint Motion for Approval of FLSA Collective Action Settlement (Doc. 73) and the documents attached thereto, and good cause appearing,

**IT IS ORDERED** granting the parties Joint Motion for Approval of FLSA Collective Action Settlement (Doc. 73) and approving the Settlement Agreement as proposed by the parties and set forth in Exhibit A to the Motion. The Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute between Plaintiff, the Opt-In Plaintiffs, and Defendants. Approval of this settlement shall not be construed as an admission of liability by any party.

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice and the Clerk shall close this matter. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Dated this 19th day of May, 2021.

Honorable John J. Tuchi
United States District Judge